

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | JUDGE |
| vs. | INDICTMENT |
| TORRES EDAIL HUNT, | 18 U.S.C. § 922(g)(1) |
| Defendant. | 18 U.S.C. § 924(a)(2) |
| | FORFEITURE ALLEGATION |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### (Felon in Possession of a Firearm)

1. On or about April 9, 2022, in the Southern District of Ohio, the defendant, **TORRES EDAIL HUNT**, knowing that he had been convicted of a crime or crimes punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, to wit: one Smith and Wesson, M&P, 15-22, .22 caliber rifle, bearing serial number LAH7648, and one Smith and Wesson, SW9C, 9mm pistol, bearing serial number PAL3115, said firearms having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).**

### COUNT TWO
### (Felon in Possession of Ammunition)

2. On or about April 9, 2022, in the Southern District of Ohio, the defendant, **TORRES EDAIL HUNT,** knowing that he had been convicted of a crime or crimes punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition, to wit: fifty

(50) rounds of 9mm ammunition and fifty (50) rounds of .22 caliber ammunition, said ammunition having been shipped and transported in interstate or foreign commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

A TRUE BILL.

*s/Foreperson*
**GRAND JURY FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

_____
**ELIZABETH GERAGHTY (0072275)**
Assistant United States Attorney